THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUNDRA TAYLOR
1915 Tall Timber Court
Fort Washington, Maryland 20744
      Plaintiff

v.                                        Civil Action No.  **UNKNOWN**

LAW OFFICE GALIHER, CLARKE & GALIHER
RICHARD W. GALIHER, JR
3102 Rolling Road
Chevy Chase, Maryland 20815
      Defendants

**MOTION TO VOLUNTARILY DISMISS**

**COMPLAINT WITHOUT PREJUDICE**

    I Saundra Taylor-Plaintiff, Pro Se respectfully request the Court to dismiss the complaint and application to proceed in District Court without prepaying fees or costs without prejudice because Plaintiff has re-filed papers in District Court for District of Maryland.

                                              Respectfully submitted,

*Saundra Taylor*
Saundra Taylor
1915 Tall Timber Court
Fort Washington, MD 20744
(301) 266-6656
(301) 292-5770



RECEIVED Mail Room SEP 23 2016 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia